AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of New Hampshire    ▾

| | |
|---|---|
| Center City Music, Stygian Songs, Doors Music Co., W Chappell Music d/b/a WC Music Corp., Almond Legg Music Corp, Gone Gator Music and MikeChapman Publishing Enterprises <br><br> *Plaintiff(s)* <br><br> v. <br><br> White Mountains Broadcasting, LLC, Alexxon, LLC, Profile Broadcasting, LLC, Radio New England Broadcasting, LLC, Radiotron, LLC and Brian Lunderville <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:26-cv-477 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  New England Broadcasting, LLC
81 Cottage Street
Littleton, NH  03561

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Biron L. Bedard, Esquire
Ransmeier & Spellman P.C.
1 Capitol Street
Concord, NH  03301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Tracy Uhrin, Clerk**

Date:  _____06/09/2026_____

By: /s/ Julianne Black, Deputy Clerk

**Jun 09, 2026**

**with ECF Notice and
Notice of Assignment to the
Magistrate Judge attached**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-477

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | Reset |

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

District of New Hampshire ▾

| | |
|---|---|
| Center City Music, Stygian Songs, Doors Music Co., W Chappell Music d/b/a WC Music Corp., Almond Legg Music Corp, Gone Gator Music and MikeChapman Publishing Enterprises | )<br>)<br>)<br>)<br>) |
| *Plaintiff(s)* | ) |
| v. | )<br>) |
| White Mountains Broadcasting, LLC, Alexxon, LLC, Profile Broadcasting, LLC, Radio New England Broadcasting, LLC, Radiotron, LLC and Brian Lunderville | )<br>)<br>)<br>)<br>) |
| *Defendant(s)* | ) |

Civil Action No. 1:26-cv-477

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  White Mountain  Broadcasting, LLC
81 Cottage Street
Littleton, NH  03561

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Biron L. Bedard, Esquire
Ransmeier & Spellman P.C.
1 Capitol Street
Concord, NH  03301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Tracy Uhrin, Clerk**

Date: ___06/09/2026___
**with ECF Notice and
Notice of Assignment to the
Magistrate Judge attached**

**By: /s/ Julianne Black, Deputy Clerk**

**Jun 09, 2026**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-477

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of New Hampshire    ▼

| | |
|---|---|
| Center City Music, Stygian Songs, Doors Music Co., W Chappell Music d/b/a WC Music Corp., Almond Legg Music Corp, Gone Gator Music and MikeChapman Publishing Enterprises <br><br> *Plaintiff(s)* <br><br> v. <br><br> White Mountains Broadcasting, LLC, Alexxon, LLC, Profile Broadcasting, LLC, Radio New England Broadcasting, LLC, Radiotron, LLC and Brian Lunderville <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:26-cv-477 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Profile Broadcasting, LLC
81 Cottage Street
Littleton, NH  03561

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Biron L. Bedard, Esquire
Ransmeier & Spellman P.C.
1 Capitol Street
Concord, NH  03301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Tracy Uhrin, Clerk**

Date:    06/09/2026

**with ECF Notice and
Notice of Assignment to the
Magistrate Judge attached**

**By: /s/ Julianne Black, Deputy Clerk**

**Jun 09, 2026**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-477

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of New Hampshire ☐▼

| | |
|---|---|
| Center City Music, Stygian Songs, Doors Music Co., W Chappell Music d/b/a WC Music Corp., Almond Legg Music Corp, Gone Gator Music and MikeChapman Publishing Enterprises <br><br>*Plaintiff(s)*<br><br>v.<br><br>White Mountains Broadcasting, LLC, Alexxon, LLC, Profile Broadcasting, LLC, Radio New England Broadcasting, LLC, Radiotron, LLC and Brian Lunderville <br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Civil Action No. 1:26-cv-477 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Radiotron, LLC
81 Cottage Street
Littleton, NH  03561

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Biron L. Bedard, Esquire
Ransmeier & Spellman P.C.
1 Capitol Street
Concord, NH  03301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Tracy Uhrin, Clerk**

Date: _____06/09/2026_____     **By: /s/ Julianne Black, Deputy Clerk**

**with ECF Notice and**          **Jun 09, 2026**
**Notice of Assignment to the**
**Magistrate Judge attached**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-477

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print     Save As...     Reset

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of New Hampshire   ▾

| | |
|---|---|
| Center City Music, Stygian Songs, Doors Music Co., W Chappell Music d/b/a WC Music Corp., Almond Legg Music Corp, Gone Gator Music and MikeChapman Publishing Enterprises<br><br>*Plaintiff(s)*<br>v.<br>White Mountains Broadcasting, LLC, Alexxon, LLC, Profile Broadcasting, LLC, Radio New England Broadcasting, LLC, Radiotron, LLC and Brian Lunderville<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:26-cv-477 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Brian Lunderville
81 Cottage Street
Littleton, NH  03561

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Biron L. Bedard, Esquire
Ransmeier & Spellman P.C.
1 Capitol Street
Concord, NH  03301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Tracy Uhrin, Clerk**

Date:    06/09/2026

**with ECF Notice and Notice of Assignment to the Magistrate Judge attached**

**By: /s/ Julianne Black, Deputy Clerk**

**Jun 09, 2026**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-477

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:


Print     Save As...     Reset

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of New Hampshire   ▾

| | |
|---|---|
| Center City Music, Stygian Songs, Doors Music Co., W Chappell Music d/b/a WC Music Corp., Almond Legg Music Corp, Gone Gator Music and MikeChapman Publishing Enterprises <br><br> *Plaintiff(s)* <br><br> v. <br><br> White Mountains Broadcasting, LLC, Alexxon, LLC, Profile Broadcasting, LLC, Radio New England Broadcasting, LLC, Radiotron, LLC and Brian Lunderville <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:26-cv-477 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Alexxon, LLC
81 Cottage Street
Littleton, NH  03561

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Biron L. Bedard, Esquire
Ransmeier & Spellman P.C.
1 Capitol Street
Concord, NH  03301

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Tracy Uhrin, Clerk**

Date:   06/09/2026

**with ECF Notice and Notice of Assignment to the Magistrate Judge attached**

**By: /s/ Julianne Black, Deputy Clerk**

**Jun 09, 2026**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-477

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | | Reset |